No. 584. CADY *v.* GEORGIA. See *ante*, p. 676.

No. 585. PUTZIER *v.* RICHARDSON. See *ante*, p. 677.

No. 444. REDMOND ET AL. *v.* COMMERCE TRUST CO., TRUSTEE. November 20, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Fyke Farmer* and *Rudolph K. Schurr* for petitioners.

No. 503. REDMOND ET AL. *v.* UNITED FUNDS MANAGEMENT CORP. ET AL. November 20, 1944. The motion to preserve status quo is denied. The petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit is denied. *Messrs. Fyke Farmer* and *Rudolph K. Schurr* for petitioners. *Mr. John C. Grover* for Aylward, and *Mr. Paul Barnett* for Commerce Trust Co., respondents.

No. 484. JOSEPH *v.* UNITED STATES. November 20, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Strother P. Walton* and *Ralph Robinson* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. William Strong,* and *Miss Beatrice Rosenberg* for the United States.

No. 501. RINTOUL *v.* SUN LIFE ASSURANCE CO. OF CANADA. November 20, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. A. A. McKinley* for petitioner. *Mr. Silas H. Strawn* for respondent.